**DISMISS; Opinion Filed February 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01444-CV

### RONNIE MONTGOMERY, Appellant
### V.
### PAULA MONTGOMERY, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-02245**

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated October 24, 2012, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days and cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

As of today's date, the filing fee has not been paid. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121444F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONNIE MONTGOMERY, Appellant

No. 05-12-01444-CV        V.

PAULA MONTGOMERY, Appellee

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-02245.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, PAULA MONTGOMERY, recover her costs of this appeal from appellant, RONNIE MONTGOMERY.

Judgment entered February 28, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

2